# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  PARADEAU, JONATHAN PAUL,

Debtor.

Bky Case No. 24-41052-WJF

Chapter 7 Case

**ORDER**

Pursuant to a stipulation between the debtor, the trustee and United States Trustee,

IT IS HEREBY ORDERED AS FOLLOWS:

The deadline to file a complaint under 11 U.S. C. §727 in this case is extended for the Chapter 7 trustee and United States Trustee through and including Friday, September 13, 2024.

Dated: *July 3, 2024*

*/e/William J. Fisher*

William J. Fisher
United States Bankruptcy Judge